## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                          PLAINTIFF

v.                            No. 3:22-cv-247-DPM

RANGER TOOL & DIE, INC.                          DEFENDANT

### ORDER

1.      The Commission seeks an Order directing Brandon Roberts, a nonparty, to show cause for his failure to attend a subpoenaed deposition.  That request is denied.  The Commission served Roberts with the subpoena on Thursday, 1 August 2024.  The deposition was for Tuesday, 6 August 2024.  Absent some extraordinary circumstance, which was not shown, a reasonable amount of time for Roberts to comply was not provided.  Fed. R. Civ. P. 45(d)(3)(A)(i); 9A ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 2463.1, at nn.8 & 12 (3d ed.) (collecting cases).

2.      The Commission's unopposed request to depose Roberts outside the discovery period is granted.  The Commission may do so by 4 October 2024.

3.      The remaining deadlines and the trial date must be moved. A Third Amended Final Scheduling Order will issue.

\*     \*     \*

Motion, *Doc. 33*, partly granted and partly denied.

So Ordered.

_W.P. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_3 September 2024_