IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMANDA HICKS                                                    PLAINTIFF

v.                           No. 3:22-cv-247-DPM

MARCO MCCLENDON, In His
Individual and Official Capacity as Mayor
for the City of West Memphis                                    DEFENDANT

## JUDGMENT

Hicks's complaint is dismissed with prejudice. The Court retains jurisdiction until 22 November 2024 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 September 2024