IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                PLAINTIFF

v.                    No. 3:22-cv-247-DPM

RANGER TOOL & DIE, INC.                              DEFENDANT

## ORDER

The Court appreciates the parties' suggestions to the *voir dire*. The Court adopts Ranger Tool's suggestions, *Doc. 110*. It also adopts the EEOC's five suggestions, *Doc. 111*. The Court will give a modified version of the requested statement. The *voir dire* and preliminary instructions are locked in. They're attached.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 August 2025