IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                              PLAINTIFF

v.                       No. 3:22-cv-247-DPM

RANGER TOOL & DIE, INC.                                             DEFENDANT

## ORDER

For the reasons stated from the bench on 15 August 2025, any motion for equitable relief, bill of costs, or proposed agreed Judgment, is due by 12 September 2025. The Court also welcomes the parties' thoughts on pre-judgment interest. The Court will withhold entry of Judgment until hearing from the parties.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2025