# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISION**                                    **PLAINTIFF**

**v.**                         **No. 3:22-cv-247-DPM**

**RANGER TOOL & DIE, INC.**                                **DEFENDANT**

### ORDER

The Court appreciates the parties' 22 September 2025 filings.

The Court was not anticipating the EEOC's motion to amend the judgment or for a new trial. The timing is odd because the Court hasn't yet entered Judgment. The letter of the Rule allows this kind of premature motion, though it is rarely done. Fed. R. Civ. P. 59(e). And the Court understands, plus appreciates, the EEOC's and Ranger's efforts to comply with the letter and spirt of the Court's Order, *Doc. 129*. To avoid later procedural tangles, provide Ranger adequate time for a full response, and provide the Court adequate time to consider the unexpected issues, the motion, *Doc. 134*, is denied without prejudice to refiling after the Court enters Judgment. *Dunn v. Truck World, Inc.*, 929 F.2d 311, 313 (7th Cir. 1991).

If any party desires to be heard further on (or object to) the amended bill of costs, prejudgment interest, or equitable relief, it may file a brief by 26 September 2025. As planned, the Court will enter

Judgment on the jury's verdict and equitable relief before the end of September.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

23 September 2025