IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISION                                          PLAINTIFF

v.                      No. 3:22-cv-247-DPM

RANGER TOOL & DIE, INC.                                         DEFENDANT

ORDER

The Court appreciates all the parties' filings on prejudgment interest. The claimants are entitled to an award to make them whole. They're entitled to interest on their lost wages, not their other damages, which were not readily ascertainable when suffered. *Stroh Container Co. v. Delphi Industries, Inc.*, 783 F.2d 743, 752 (8th Cir. 1986). The murky issue is setting an appropriate prejudgment interest rate.

All material things considered, the Court concludes that 3.64%, compounded annually, from the firing date is fair and just. That is the rate for postjudgment interest in effect today. 28 U.S.C. § 1961(a)–(b). The Court of Appeals has approved using the statutory postjudgment interest rate in effect on the date of judgment for prejudgment interest on an award of lost benefits in an ERISA case. *Mansker v. TMG Life Insurance Co.*, 54 F.3d 1322, 1331 (8th Cir. 1995). Those are similar circumstances. And district courts have applied this statutory rate to

back pay awards in discrimination cases. *E.g., E.E.O.C. v. Old Dominion Freight Line, Inc.*, 2015 WL 3895095 at *14 (W.D. Ark. 24 June 2015) (averaging the fluctuating rate). The interest rate has varied significantly since the claimants' firing. It was often lower. Using the current rate, without averaging, is simpler and fairly compensates the claimants. Equity delights in doing justice and not by halves.

Here are the Court's calculations. The Court acknowledges that the math could be done in various ways. The Court concludes that its calculations adequately capture the circumstances here.

Formula:

$$[(3.64\% \div 365 \text{ days}) \times \text{Principal}] \times 365 \text{ or fewer days}$$

| Hannah Simpkins | | | |
|---|---|---|---|
| | Principal | Calculation | Interest |
| Year 1 | $1332.00 | [(3.64% ÷ 365) × $1332.00] × 365 | $48.49 |
| Year 2 | $1380.49 | [(3.64% ÷ 365) × $1330.49] × 365 | $50.25 |
| Year 3 | $1430.74 | [(3.64% ÷ 365) × $1430.74] × 365 | $52.08 |
| Year 4 | $1482.82 | [(3.64% ÷ 365) × $1482.82] × 365 | $53.98 |
| Year 5 | $1536.80 | [(3.64% ÷ 365) × $1536.80] × 70 | $10.73 |
| | | Total: | **$215.53** |

| Debra Simpkins | | | |
|---|---|---|---|
| | Principal | Calculation | Interest |
| Year 1 | $1.00 | [(3.64% ÷ 365) × $1.00] × 365 | $0.04 |
| Year 2 | $1.04 | [(3.64% ÷ 365) × $1.04] × 365 | $0.04 |
| Year 3 | $1.08 | [(3.64% ÷ 365) × $1.08] × 365 | $0.04 |
| Year 4 | $1.12 | [(3.64% ÷ 365) × $1.12] × 365 | $0.04 |
| Year 5 | $1.16 | [(3.64% ÷ 365) × $1.16] × 70 | $0.01 |
| | | Total: | **$0.17** |

| Collin Sellers | | | |
|---|---|---|---|
| | Principal | Calculation | Interest |
| Year 1 | $1.00 | [(3.64% ÷ 365) × $1.00] × 365 | $0.04 |
| Year 2 | $1.04 | [(3.64% ÷ 365) × $1.04] × 365 | $0.04 |
| Year 3 | $1.08 | [(3.64% ÷ 365) × $1.08] × 365 | $0.04 |
| Year 4 | $1.12 | [(3.64% ÷ 365) × $1.12] × 365 | $0.04 |
| Year 5 | $1.16 | [(3.64% ÷ 365) × $1.16] × 69 | $0.01 |
| | | Total: | **$0.17** |

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 September 2025