IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                                              PLAINTIFF

v.                              No. 3:22-cv-247-DPM

RANGER TOOL & DIE, INC.                                             DEFENDANT

ORDER

The Court grants the EEOC's unopposed motion, *Doc. 143*, as modified. Ranger must respond to *Doc 141* within the time allowed by the applicable rules. The case is otherwise stayed during the federal government shutdown. This stay will expire automatically when the EEOC's funding is restored. The EEOC may reply within seven days of that date.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 October 2025