IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                              PLAINTIFF

v.                              No. 3:22-cv-247-DPM

RANGER TOOL & DIE, INC.                              DEFENDANT

## ORDER

The EEOC's motion, *Doc. 141*, for some relief from the jury's verdicts and the Court's Judgment is denied. No miscarriage of justice occurred. *Bennett v. Riceland Foods, Inc.*, 721 F.3d 546, 552-53 (8th Cir. 2013). And the Judgment is not based on any manifest error. *Innovative Home Health Care, Inc. v. P.T.-O.T. Associates of the Black Hills*, 141 F.3d 1284, 1286 (8th Cir. 1998). The jury was entitled to weigh all the evidence, and credibility of all the witnesses, to determine the claimants' damages. It heard testimony about their allegedly lost wages, their efforts to find new jobs, their other work, and how their firings affected them. As the Court told the jury, it could believe some, all, or none of what each witness said, including the claimants. There was evidence, as to each claimant, that could, in a reasonable person's mind, cast doubt on the EEOC's requests for back pay and compensatory damages. This was a case for the jury on all the

submitted issues.  Taking the whole record in the light most favorable to the jury's decisions, no sufficient reason exists to disturb the verdicts.

So Ordered.

_W.B. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

10 December 2025